## Tuesday, July 14, 1992
### MERIT DOCKET

**92–1279.** State ex rel. Henderson v. Lake Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' request for alternative writ,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and the same is hereby, dismissed, effective July 13, 1992.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1294.** Toth v. Court of Common Pleas of Medina Cty. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ be, and the same is hereby, denied, effective July 13, 1992.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents and would issue an alternative writ to show cause.

### MOTION DOCKET

**92–1273.** Perri v. Perri. *Montgomery County*, No. CA 12956. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record and as a claimed appeal as of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective July 13, 1992.

### MISCELLANEOUS DISMISSALS

**92–536.** State v. Hall. *Delaware County*, No. 91CA12043. *Sua sponte*, cause dismissed for want of prosecution, effective July 13, 1992.

**92–914.** Didado v. Lamson & Sessions Co. *Summit County*, No. 15273. *Sua sponte*, cause dismissed for want of prosecution, effective July 13, 1992.

**92–923.** State v. Magwood. *Franklin County*, No. 91AP–529. *Sua sponte*, cause dismissed for want of prosecution, effective July 13, 1992.

**92–924.** State v. Blevins. *Cuyahoga County*, No. 58081. *Sua sponte*, cause dismissed for want of prosecution, effective July 13, 1992.

## Wednesday, July 15, 1992
### MERIT DOCKET

**91–2383.** Fears v. Morris. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2400.** Carpenter v. Pub. Util. Comm. Public Utilities Commission, No. 89–819–RC–ACE. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–117.** Bryant v. White. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–606.** Mercer v. Dallman. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.